(135 So. 919)

**LOUISVILLE & N. R. CO. v. Mrs. J. H. HARRISON et al.**

6 Div. 931.

Supreme Court of Alabama.

June 18, 1931.

J. S. Stone, of Birmingham, for appellant.

Ewing, Trawick & Clark, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

(137 So. 913)

**LOUISVILLE & NASHVILLE R. CO. v. Alvin N. WIGGENS pro ami.**

7 Div. 44.

Supreme Court of Alabama.

Oct. 8, 1931.

PER CURIAM.

Appeal dismissed by appellant.

(134 So. 914)

**John L. LUNSFORD et al. v. E. O. SIMPSON.**

6 Div. 742.

Supreme Court of Alabama.

April 21, 1931.

PER CURIAM.

Appeal dismissed.

(137 So. 913)

**W. C. McCARTY et al. v. John YARBROUGH.**

6 Div. 890.

Supreme Court of Alabama.

Oct. 15, 1931.

See, also, 221 Ala. 330, 128 So. 786.

Ernest Matthews, of Birmingham, for appellants.

Amzi G. Barber, of Birmingham, for appellee.

ANDERSON, C. J.

This case, upon former appeal, is reported 221 Ala. 330, 128 So. 786, wherein the equity of the bill was sustained, and the only question involved upon this appeal is one of fact. It is sufficient to say that there was evidence offered in support of the material averments of the bill of complaint. The evidence was ore tenus, and the trial court saw and heard the witnesses, and we cannot say that the conclusion reached was so contrary to the weight of the evidence as to warrant this court in disturbing the decree of the circuit court, and said decree is affirmed. Fitzpatrick v. Stringer, 200 Ala. 574, 76 So. 932.

Affirmed.

THOMAS, BROWN, and FOSTER, JJ., concur.

(137 So. 913)

**William O. McMAHON v. Leona ROWLAND.**

1 Div. 683.

Supreme Court of Alabama.

Nov. 10, 1931.

PER CURIAM.

Appeal dismissed by appellant.

(134 So. 914)

**MASSACHUSETTS BONDING & INS. CO. OF BOSTON v. Clemmie L. BELL et al.**

6 Div. 740.

Supreme Court of Alabama.

April 21, 1931.

PER CURIAM.

Appeal dismissed.